**Anil RIJAL, Individually,
Petitioner–Appellant,**

v.

**UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,
Respondent–Appellee.**

No. 11–35249.

United States Court of Appeals,
Ninth Circuit.

Submitted June 4, 2012.*

Filed June 13, 2012.

Robert O. Wells, Jr., Mikkelborg, Broz, Wells & Fryer, Seattle, WA, for the petitioner-appellant.

Jeffrey M. Bauer, United States Department of Justice, Washington, D.C., for the defendant-appellee.

Before: BARRY G. SILVERMAN and MARY H. MURGUIA, Circuit Judges, and DOLLY M. GEE, District Judge.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**ORDER**

SILVERMAN, Circuit Judge:

Anil Rijal appeals the district court's grant of summary judgment in favor of the United States Citizenship and Immigration Services, affirming the denial of his petition for an immigration visa preference as an alien of "extraordinary ability" pursuant to 8 U.S.C. § 1153(b)(1)(A). We adopt as our own the well-reasoned published opinion of the district court, *Rijal v. United States Citizenship & Immigration Servs.*, 772 F.Supp.2d 1339 (W.D.Wash. 2011).

AFFIRMED.